# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>ROBERT MARIO TAYLOR,<br><br>　　　　Defendant. | No. 14-CR-4036-DEO<br><br>**ORDER ACCEPTING REPORT AND RECOMMENDATION CONCERNING GUILTY PLEA** |

## I. INTRODUCTION AND BACKGROUND

Before the Court is Magistrate Judge Leonard T. Strand's Report and Recommendation Concerning Guilty Plea (Docket No. 63).

On April 16, 2014, a one count Indictment (Docket No. 2) was filed in the above-referenced case.

On July 31, 2015, Defendant Robert Mario Taylor entered a guilty plea to Count 1 (lesser included offense of Count One of the Indictment, conspiracy to distribute marijuana) of the Indictment before United States Magistrate Judge Leonard T. Strand.[1]

Count 1 of the Indictment charges:

From about 2003 through August 2011, in the Northern

---

[1] Defendant Taylor pleaded guilty pursuant to a plea agreement (previously filed at Docket No. 59-1).

District of Iowa and elsewhere, defendant Robert Mario Taylor, did knowingly and unlawfully combine, conspire, confederate and agree, with persons known and unknown to the Grand Jury, to distribute 1000 kilograms or more of marijuana, a Schedule I controlled substance.

This was in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A) and 846.

As mentioned, the Report and Recommendation (Docket No. 63), states that there is a plea agreement (Docket No. 59-1), and recommends that defendant Robert Mario Taylor's guilty plea be accepted. Waivers of objections to Judge Strand's Report and Recommendation were filed by each party (Docket Nos. 64 and 65). The Court, therefore, undertakes the necessary review to accept defendant Robert Mario Taylor's plea in this case.

## II. ANALYSIS

### A. Standard of Review

Pursuant to statue, this Court's standard of review for a magistrate judge's Report and Recommendation is as follows:

> A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made. A judge of the court may accept, reject, or modify, in whole or in part, the findings

2

>or recommendations made by the magistrate [judge].

28 U.S.C. § 636(b)(1).  Similarly, Federal Rule of Civil Procedure 72(b) provides for review of a magistrate judge's Report and Recommendation on dispositive motions and prisoner petitions, where objections are made as follows:

>The district judge to whom the case is assigned shall make a de novo determination upon the record, or after additional evidence, of any portion of the magistrate judge's disposition to which specific written objection has been made in accordance with this rule.  The district judge may accept, reject, or modify the recommendation decision, receive further evidence, or recommit the matter to the magistrate judge with instructions.

FED. R. CIV. P. 72(b).

As also mentioned, waivers of objections to the Report and Recommendation have been filed, and it appears to the Court upon review of Magistrate Judge Strand's findings and conclusions that there are no grounds to reject or modify them.

**IT IS THEREFORE HEREBY ORDERED** that this Court accepts Magistrate Judge Strand's Report and Recommendation (Docket No. 63), and accepts defendant Robert Mario Taylor's plea of

guilty in this case to Count 1 of the Indictment (Docket No. 2).

**IT IS SO ORDERED** this 11th day of August, 2015.

_____
Donald E. O'Brien, Senior Judge
United States District Court
Northern District of Iowa